■ FAIRBANKS GARDENS COMPANY, Appellant, v SUBASH GHANDI, Respondent. [665 NYS2d 540] —Appeal, by permission, from an order of the Appellate Term of the Supreme Court for the Second and Eleventh Judicial Districts, dated April 4, 1996, which modified a judgment of the Civil Court, Queens County (Spires, J.), entered August 2, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by the Justices of the Appellate Term in their decision dated April 4, 1996. Miller, J. P., Sullivan, Pizzuto and Friedmann, JJ., concur. [*See*, 168 Misc 2d 128.]